IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES WRIGHT,

    Plaintiff,

  v.

CHARLES PATTERSON, et al.,

    Defendants.

No. C 13-03487 WHA

**ORDER TO SHOW CAUSE**

    Defendants filed a motion to dismiss this action before Magistrate Judge Nathanael Cousins on August 5. After the action was reassigned to the undersigned judge, the hearing on the motion was re-noticed for November 7. *Pro se* plaintiff Charles Wright's opposition, however, was due on August 19. As stated in the order reassigning the action, the "[b]riefing schedules remain unchanged" (Dkt. No. 10). Plaintiff's opposition or statement of non-opposition is long overdue. Plaintiff is **ORDERED TO SHOW CAUSE** why the motion to dismiss should not be granted by **OCTOBER 15 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE