1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 CHARLES WRIGHT,

10             Plaintiff,                    No. C 13-03487 WHA

11    v.

12 CHARLES PATTERSON, et al.,                **ORDER DISMISSING ACTION**

13             Defendants.

14 _____/

15          In this property damage action involving a United States Postal Service vehicle,

16 defendants moved to dismiss on August 5.  Upon reassignment to the undersigned judge, the

17 hearing on the motion was re-noticed for November 7.  As stated in the order reassigning the

18 action, however, the "[b]riefing schedules remain unchanged" (Dkt. No. 10).  *Pro se* plaintiff

19 Charles Wright failed to file an opposition or statement of non-opposition by the August 19

20 deadline.  A subsequent order to show cause (Dkt. No. 14) ordered plaintiff to show cause by

21 October 15 why the motion to dismiss should not be granted.  Mr. Wright failed to respond to the

22 show cause order.  This order finds that Mr. Wright has failed to prosecute this action.

23 Defendants' motion to dismiss is accordingly **GRANTED**.  Judgment will be entered in a separate

24 order.

25

26        **IT IS SO ORDERED.**

27

28 Dated:   October 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California