1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   CHARLES WRIGHT,

11            Plaintiff,                          No. C 13-03487 WHA

12       v.

13   CHARLES PATTERSON, et al.,                   **JUDGMENT**

14            Defendants.
                                            /
15

16        For the reasons stated in the accompanying order dismissing this action, **FINAL**

17   **JUDGMENT IS HEREBY ENTERED** in favor of defendants Charles Patterson *et al.*, and against

18   plaintiff Charles Wright.  The Clerk **SHALL CLOSE THE FILE**.

19

20        **IT IS SO ORDERED.**

21

22   Dated:   October 22, 2013.

23                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**United States District Court**
For the Northern District of California